JS-6

Timothy J. Donahue, State Bar No. 110501
tdonahue@attorneydonahue.com
LAW OFFICES OF TIMOTHY DONAHUE
374 South Glassell Street
Orange, California 92866
Telephone: (714) 289-2445
Facsimile: (714) 289-2450

Attorneys for Plaintiff DERRICK APPELZOLLER

Daniel F. Fears, State Bar No. 110573
dff@paynefears.com
Andrew K. Haeffele, State Bar No. 258992
akh@paynefears.com
Jason I. Bluver, State Bar No. 281784
jib@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Defendants CVS PHARMACY INC. (erroneously sued as CAREMARK PHARMACY INC. and CVS HEALTH CORPORATION (erroneously sued as CVS HEALTH INC.)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK APPELZOLLER,<br><br>Plaintiff,<br><br>v.<br><br>CVS PHARMACY INC., CAREMARK PHARMACY INC., CVS/CAREMARK, CVS HEALTH INC., and DOES 1 THROUGH 10,<br><br>Defendants. | Case No. 8:20-cv-00732 DOC (JDEx)<br><br>**Hon. David O. Carter**<br><br>**ORDER TO STAY ACTION AND TRANSFER MATTER TO BINDING ARBITRATION**<br><br>Trial Date:     None Set |

ORDER TO STAY ACTION AND TRANSFER MATTER TO BINDING ARBITRATION

# **ORDER**

Based on the Stipulation of the Parties and good cause appearing, it is hereby ordered that:

1. All causes of action in Plaintiff's Complaint shall be submitted to binding arbitration pursuant to the arbitration agreement entered into by the Parties; and

2. The Court hereby stays this action pending completion of the arbitration to the extent allowed under federal law.

**IT IS SO ORDERED**

DATED: ___June 4___, 2020

_____
Hon. David O. Carter
District Court Judge

4811-5468-2813.1